**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6707**

ALTON GREGORY SIMMONS-BEY, a/k/a Gregory Simmons-Bey,

Plaintiff - Appellant,

v.

J. L. GODWIN, Magistrate; J. D. RATTELADE, Raleigh Police Department; M. S. KOZAZCKI, II, Raleigh Police Department; AMY BREIGHTON, Magistrate; NANCY MCFARLAND, Mayor of Raleigh,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:19-ct-03080-FL)

Submitted: August 20, 2019                    Decided: August 23, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alton Simmons, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton Simmons appeals the district court's order dismissing Simmons' 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Simmons v. Godwin*, No. 5:19-ct-03080-FL (E.D.N.C. May 2, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
